# EXHIBIT B

# IN THE SUPERIOR COURT OF DOUGHERTY COUNTY
# STATE OF GEORGIA

**ANTONIA LEROY II, on behalf of himself and others similarly situated,**

    Plaintiff,

v.

**REDSPEED USA CORPORTATION,**

    Defendant.

_____/

Case No. SUCV2022000642

**CLASS ACTION**

## NOTICE OF FILING NOTICE OF REMOVAL

PLEASE TAKE NOTICE that on July 28, 2022, Defendant RedSpeed USA Corporation file in the United States District Court for the Middle District of Georgia, a Notice of Removal of the above-captioned action. A copy of the Notice of Removal is attached hereto as Exhibit A.

This Notice and a copy of the Notice of Removal are being filed with this Court pursuant to 28 U.S.C. §1446(d), which provides that filing of the Notice of Removal and the filing on this Notice "shall effect the removal" of this case to the United States District Court for the Middle District of Georgia, "and the state court shall proceed no further unless and until the case is remanded." *Id.*

Dated: July 28, 2022

                                                  By: *s/ Jeremy T. Berry*
                                                     Jeremy T. Berry
                                                     Georgia Bar No. 055455
                                                     Brittany M. Cambre
                                                     Georgia Bar No. 350793
                                                     bcambre@cglawfirm.com
                                                     Joseph Siegelman
                                                     Georgia Bar No. 837090
                                                     jsiegelman@cglawfirm.com
                                                     Jacquelyn A. Thomas
                                                     Georgia Bar No. 990785
                                                     jthomas@cglawfirm.com

CHILIVIS, GRUBMAN, DALBEY & WARNER LLP
1834 Independence Square
Atlanta, GA 30338
Telephone: 404-233-4171
Facsimile:  404-261-2842

Case 1:22-cv-00118-LAG   Document 1-2   Filed 07/28/22   Page 3 of 10

## CERTIFICATE OF SERVICE

I hereby certify that on July 28, 2022, I electronically filed the foregoing Motion with the Clerk of Court using the Odyssey eFile system, which will automatically send e-mail notification of such filing to the following attorneys of record:

Patrick S. Flynn
**Patrick Flynn Law**
Georgia Bar No. 004765
517 W. Broad Avenue
Albany, Georgia 31701
pflynn@fpplaw.com

Oscar M. Price, IV
Garrett Owens
**Price Armstrong, LLC**
1919 Cahaba Road
Birmingham, AL 35223
oscar@pricearmstrong.com
garrett@pricearmstrong.com


 /s/ Jeremy T. Berry
Jeremy T. Berry
Georgia Bar No. 055455
jberry@cclblaw.com
CHILIVIS, GRUBMAN, DALBEY & WARNER LLP
1834 Independence Square
Atlanta, GA 30338
Telephone: 404-233-4171
Facsimile:  404-261-2842

# EXHIBIT A

### IN THE UNITED STATES DISTRICT COURT
### FOR THE MIDDLE DISTRICT OF GEORGIA
### ALBANY DIVISION

| | |
|---|---|
| ANTONIA LEROY II, on behalf of himself and others similarly situated, ) ) ) | |
| Plaintiff, ) | CIVIL ACTION NO. |
| ) | |
| v. ) | CLASS ACTION |
| ) | |
| REDSPEED USA CORPORATION, ) ) | |
| Defendant. ) ) | |

### NOTICE OF REMOVAL

**TO:** Clerk of the U.S. District Court for the Middle District of Georgia

PLEASE TAKE NOTICE THAT Defendant RedSpeed USA Corporation ("Redspeed" or "Defendant") hereby removes to this Court the state court action described herein, pursuant to 28 U.S.C. §§ 1332, 1441, 1446 and 1453 on the basis of diversity jurisdiction under the Class Action Fairness Act of 2005 ("CAFA").

### INTRODUCTION

1. On June 24, 2022, Plaintiff Antonia Leroy II, on behalf of himself and others similarly situated, filed this class action complaint in the Superior Court of Dougherty County, State of Georgia, Case No. SUCV2022000642, asserting claims under O.C.G.A. § 40-14-18 relating to RedSpeed's installation of cameras and collection of fines for enforcement of traffic laws.

2. RedSpeed was served with the Complaint on June 29, 2022. Therefore, removal is timely pursuant to 28 U.S.C. § 1446(b).

3. Pursuant to 28 U.S.C. § 1446(a), true and correct copies of all process, pleadings, and orders served upon RedSpeed in the state court action are attached hereto as **Exhibit A.**

**BASIS FOR REMOVAL**

**I. Removal is Proper Because This Court Has Subject Matter Jurisdiction Pursuant to 28 U.S.C. §§ 1332 and 1453**

4. Pursuant to 28 U.S.C. § 1332(d)(2)(A) and § 1453, this Court has jurisdiction over this class action because it is "a class action in which any member of a class of plaintiffs is a citizen of a State different from any defendant," and the amount in controversy is greater than $5,000,000.00, exclusive of interest and costs.

*a. CAFA's Diversity Requirements Are Satisfied*

5. Plaintiff is a citizen of Georgia. [Ex. A, Compl. ¶ 8].

6. Defendant is an Illinois corporation with its principal place of business in Lombard, Illinois, and is therefore a citizen of Illinois. "For diversity purposes, a corporation is a citizen of both the state where it is incorporated and the state where it has its principal place of business." *MacGinnitie v. Hobbs Grp., LLC*, 420 F.3d 1234, 1239 (11th Cir. 2005).

7. Therefore, this is a class action in which the named class plaintiff (Georgia citizen) is a citizen of a state different from RedSpeed (Illinois citizen).

*b. The Amount in Controversy Requirement is Satisfied*

8. The amount in controversy for class actions in federal court is $5,000,000.00, exclusive of interest and costs. 28 U.S.C. § 1332(d)(2).

9. The complaint alleges the following:

   a. "Cities across Georgia, including the City of Albany, have entered into [ ] agreements with RedSpeed and allowed the implementation of . . . privately owned

  traffic enforcement mechanisms. As a result, RedSpeed has garnered millions of dollars *a year* through traffic violations. [Ex. A. Compl. ¶ 3];

b. Electronic signatures of a law enforcement officer are applied to each citation issued by RedSpeed's equipment, and signatures of officers "are applied to thousands of notifications of violations *each month*." *Id.* ¶ 12;

c. Class members are required to pay a penalty and a processing fee resulting in "millions-of-dollars a year" in revenue to RedSpeed. *Id.* ¶ 14;

d. "Plaintiff on behalf of himself and each member of the putative class . . . seeks damages in the amount of all citations and penalties paid to RedSpeed, declaratory judgment, injunctive relief, attorneys fees and punitive damages." *Id.* ¶ 53.

10. Taken together, Plaintiff alleges facts establishing more than $5,000,000.00 in controversy.

## II. Defendant Has Satisfied the Procedural Requirements for Removal

11. Removal is timely. As noted, this class action complaint was filed on June 24, 2022, and Defendant was served with process on June 29, 2022. *See* 28 U.S.C. § 1446(b)(1).

12. This action is being removed "to the district court of the United States for the district and division embracing the place where such action is pending." 28 U.S.C. § 1441(a).

13. Pursuant to 28 U.S.C. § 1446, this Notice of Removal was filed with the Clerk of the Superior Court of Dougherty County, State of Georgia and Plaintiff was provided notice of same. *See* **Exhibit B**.

**Preservation of Rights and Defenses**

14. All rights are reserved, including, but not limited to, the right to file a responsive pleading raising all applicable objections and defenses. The filing of this Notice of Removal is subject to, and without waiver of, any such defenses and objections.

15. Defendant also reserves the right to amend or supplement this Notice of Removal.

WHEREFORE, Defendant RedSpeed respectfully gives notice that the above-captioned class action complaint pending in the Superior Court of Dougherty County, State of Georgia, is removed to this Court pursuant to 28 U.S.C. §§ 1332, 1441, 1446 and 1453.

Dated: July 28, 2022

By: *s/ Jeremy T. Berry*
Jeremy T. Berry
Georgia Bar No. 055455
Brittany M. Cambre
Georgia Bar No. 350793
bcambre@cglawfirm.com
Joseph Siegelman
Georgia Bar No. 837090
jsiegelman@cglawfirm.com
Jacquelyn A. Thomas
Georgia Bar No. 990785
jthomas@cglawfirm.com
CHILIVIS GRUBMAN
1834 Independence Square
Atlanta, GA 30338
Telephone: 404-233-4171
Facsimile: 404-261-2842

## CERTIFICATE OF SERVICE

I hereby certify that on July 28, 2022, I electronically filed the foregoing Motion with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to the following attorneys of record:

Patrick S. Flynn
**Patrick Flynn Law**
Georgia Bar No. 004765
517 W. Broad Avenue
Albany, Georgia 31701
pflynn@fpplaw.com

Oscar M. Price, IV
Garrett Owens
**Price Armstrong, LLC**
1919 Cahaba Road
Birmingham, AL 35223
oscar@pricearmstrong.com
garrett@pricearmstrong.com

 *s/ Jeremy T. Berry*
Jeremy T. Berry
Georgia Bar No. 055455
jberry@cclblaw.com
CHILIVIS GRUBMAN
1834 Independence Square
Atlanta, GA 30338
Telephone: 404-233-4171
Facsimile:  404-261-2842