IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| ANTONIA LEROY II, on behalf of himself and others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> REDSPEED USA CORPORATION, <br><br> Defendant. | CIVIL ACTION NO. <br> 1:22-CV-00118-LAG |

## WITHDRAWAL OF CO-COUNSEL

COMES NOW, Defendant RedSpeed USA Corporation and hereby notifies the Court and all parties that Christopher S. Cohilas of Watson Spence LLP remains as counsel of record for Defendant, and Louis E. Hatcher of Watson Spence LLP, having accepted an in-house counsel position that requires relocation out-of-state, is hereby withdrawing. All future pleadings and correspondence to Defendant should continue to be addressed and directed to the following attorney:

Christopher S. Cohilas
WATSON SPENCE LLP
Post Office Box 2008
Albany, Georgia 31702-2008
ccohilas@watsonspence.com

This 11th day of February, 2025.

*[Signature on the following page]*

WATSON SPENCE LLP

*/s/ Louis E. Hatcher*
Louis E. Hatcher
State Bar No. 337342
Post Office Box 2008
Albany, Georgia   31702-2008
(229) 436-1545 Telephone
(229) 436-6358 Facsimile
lhatcher@watsonspence.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this day, I electronically filed the foregoing *Withdrawal of Co-Counsel* with the Clerk of Court using the CM/ECF system which will send notification of such filing to all persons duly registered therewith to receive filings in the above-styled matter.

This 11th day of February, 2025.

                                                WATSON SPENCE LLP

                                                */s/ Louis E. Hatcher*
                                                Louis E. Hatcher